# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.                                                         Case No: 6:18-cr-71-Orl-40TBS

**WESLEY KENNETH MCVAY**

AUSA: Nathan Hill
FPD: Maria Guzman

| Judge: | **THOMAS B. SMITH**<br>United States<br>Magistrate Judge | Date and Time:<br><br>Total Time: | **April 6, 2018**<br>10:50 A.M.- 10:56 A.M.<br>6 minutes |
|---|---|---|---|
| Deputy Clerk: | T. LeGros | Recording: | Digital |
| Interpreter: | N/A | | |

## CLERK'S MINUTES
## ARRAIGNMENT

Case called, appearances made, procedural setting by the Court.
Defendant placed under oath.
Court summarizes the counts in the Indictment and advises defendant of his rights.
Government advises of the potential penalties.
Defendant waives formal reading of Indictment and enters a plea of not guilty.
Court sets trial term of 6/4/18 before Judge Byron; Criminal Scheduling Order to enter.
Court adjourned.