**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**VS.**  **CASE NO: 6:18-cr-71-Orl-40TBS**

**WESLEY KENNETH MCVAY**

---

**ACCEPTANCE OF GUILTY PLEA
AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 26) entered June 19, 2018, to which the parties have waived the 14 day objection period, the plea of guilty of the defendant is now accepted and the defendant is adjudged guilty of Count One of the Indictment.

**Sentencing is scheduled for September 12, 2018 at 10:30 AM before the undersigned.**

**DONE and ORDERED** in Orlando, Florida this 20th day of June 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies:
Counsel for the Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services