**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

    v.        Case No. 6:18-cr-71-Orl-40TBS
                   (Forfeiture)

**WESLEY KENNETH MCVAY**

**UNITED STATES' MOTION FOR ENTRY OF
PRELIMINARY ORDER OF FORFEITURE**

  The United States moves this Court, pursuant to Federal Rule of Criminal Procedure 32.2(b)(2) and 18 U.S.C. § 2253, to enter a Preliminary Order of Forfeiture in the above-captioned case, which, upon entry, shall become a final order of forfeiture as to the defendant for the HP laptop, model number 15-bs015dx, serial number CND722355M.  In support of its motion, the United States submits the following memorandum of law.

**MEMORANDUM OF LAW**

**I. Statement of Facts**

  1. On March 28, 2018, a two count Indictment was returned. Doc. 13.  Count One charged the defendant with receipt of child pornography, in violation of 18 U.S.C. § 2252A(a)(2).  As a result of the offense charged in Count One of the Indictment, the United States sought the forfeiture of any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of Chapter 110, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced,

transported, mailed, shipped, or received in violation of Chapter 110; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense. Specifically, the United States sought to forfeit a HP laptop, model number 15-bs015dx, serial number CND722355M.  *Id.* at 3.

      2.    On June 18, 2018, the United States and the defendant entered into a plea agreement.  Doc. 21.  In paragraph eight of his plea agreement, entitled "Forfeiture of Assets," the defendant agreed that the above-described computer was used to facilitate the offense charged in Count One.  *Id.* at 5.

      3.    On June 19, 2018, the defendant pled guilty to Count One of the Indictment.  Doc. 22.  On June 20, 2018, the Court accepted the plea of guilty and adjudicated the defendant guilty as to Count One.  Doc 29.  The defendant is scheduled to be sentenced on September 10, 2018.  Doc. 32.

**II.**    **Applicable Law**

The Court's authority to order forfeiture of property for violations of 18 U.S.C. § 2252A(a)(2) is founded upon 18 U.S.C. § 2253.  Section 2253 provides that a person who is convicted of that offense . . . shall forfeit to the United States . . . any property, real or personal, used or intended to be used, to commit or to promote the commission of such offense, or any property traceable to such property.

2

Rule 32.2(b)(1) requires that if the United States seeks the forfeiture of specific property, the Court must determine whether the United States has established the requisite nexus between the property and the offense. In so doing, the Court makes both a factual determination regarding the sufficiency of the nexus between the offense and the property sought for forfeiture, and a legal finding as to what property is subject to forfeiture.

### III. **Factual Basis**

The defendant admitted in the Factual Basis of his Plea Agreement that from on or about February 27, 2018, through on or about February 28, 2018, he knowingly received child pornography, that is, a visual depiction of a minor engaging in sexually explicit conduct that had been shipped and transported using any means and facility of interstate and foreign commerce, that is, by computer. Specifically, a HP laptop, model number 15-bs015dx, serial number CND 722355M. Factual Basis at 18.

If the Court finds that the United States has established the requisite nexus between the property sought for forfeiture and the violation charged in Count One of the Indictment, then it is appropriate for the Court to enter a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest in the computer in accordance with 18 U.S.C. § 2253 and Rule 32.2(b)(2).

**IV.     Conclusion**

WHEREFORE, the United States respectfully requests that this Court enter a Preliminary Order of Forfeiture, pursuant to 18 U.S.C. § 2253 and Fed. R. Crim. P. 32.2(b)(2), forfeiting to the United States all right, title, and interest in the subject computer.

Upon issuance of the Preliminary Order of Forfeiture, the United States will provide written notice to all third parties known to have an alleged legal interest in the property and will publish notice on the Internet at www.forfeiture.gov of its intent to forfeit the property.   Determining whether a third party has any interest in the property must be deferred until a third party files a claim in an ancillary proceeding under Rule 32.2(c).

As required by Federal Rule of Criminal Procedure 32.2(b)(4)(B), the United States requests that the Court include the forfeiture when orally pronouncing the sentence and in the judgment.   *See also United States v. Kennedy*, 201 F.3d 1324, 1326 (11th Cir. 2000).

The United States further requests that the Court retain jurisdiction to address any third party claim that may be asserted in these proceedings, and to enter any further order necessary for the forfeiture and disposition of such property.

          Respectfully submitted,

          MARIA CHAPA LOPEZ
          United States Attorney

By: *s/Nicole M. Andrejko*
     NICOLE M. ANDREJKO
     Assistant United States Attorney
     Florida Bar Number 0820601
     400 W. Washington Street, Suite 3100
     Orlando, Florida 32801
     (407) 648-7500 – telephone
     (407) 648-7643 – facsimile
     E-mail: nicole.andrejko@.usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

James T. Skuthan, Esquire

By: *s/Nicole M. Andrejko*
     NICOLE M. ANDREJKO
     Assistant United States Attorney