**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

v.  Case No. 6:18-cr-71-Orl-40TBS
 (Forfeiture)

**WESLEY KENNETH MCVAY**

### PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the Motion of the United States for Issuance of a Preliminary Order of Forfeiture, Doc. 35, pursuant to 18 U.S.C. § 2253 and Fed. R. Crim. P. 32.2(b)(2), for a HP laptop, model number 15-bs015dx, serial number CND722355M.

Being fully advised in the premises, the Court finds that the United States established the requisite nexus between the computer and the defendant's crime of receipt of child pornography, in violation of 18 U.S.C. § 2252A(a)(2), as charged in Count One of the Indictment.   Accordingly, it is hereby

ORDERED, ADJUDGED AND DECREED that for good cause shown, said Motion of the United States is GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of Federal Rule of Criminal Procedure 32.2(b)(2) and 18 U.S.C. § 2253, the computer more fully identified above, is forfeited to the United States for disposition according to law.

It is FURTHER ORDERED that:

1.      The United States will provide written notice to all third parties known to have an alleged legal interest in the computer and will publish notice on

the internet at www.forfeiture.gov.

2. That any person, other than Wesley Kenneth McVay, who has or claims any right, title or interest in the above-described computer must file a petition with this Court for a hearing to adjudicate the validity of their alleged interest in the computer.   The petition should be mailed to the Clerk of the United States District Court, Orlando Division, 401 W. Central Blvd., Suite 1200, Orlando, Florida 32801-0120, within 30 days of the final publication of notice or of receipt of actual notice, whichever is earlier.

3. The petition shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited computer, the time and circumstances of the petitioner's acquisition of the right, title or interest in the forfeited computer, and any additional facts surrounding the petitioner's claim and the relief sought.

4. After receipt of the petition by the Court, the Court will set a hearing to determine the validity of the petitioner's alleged interest in the computer.

5. That upon adjudication of all third-party interests in the above-described computer this Court will enter a Final Judgment of Forfeiture in which all interests will be addressed.

The Court retains jurisdiction to entertain any third party claims that may be asserted in these proceedings, and to enter any further orders necessary for the forfeiture and disposition of the computer.

DONE and ORDERED on August 28, 2018 in Orlando, Florida.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies to:   Attorneys of Record